## Case No. 4,503.

### ENTWISLE v. BUSSARD.

[2 Cranch, C. C. 331.][1]

Circuit Court, District of Columbia. May Term, 1822.

Mr. Swann, for plaintiff,

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

Mr. Swann, contended

Taylor, contra.

THE COURT (MORSELL, Circuit Judge, contra, and CRANCH, Chief Judge, doubting) refused to quash the bond, and awarded the execution upon it.